```
                                   United States Bankruptcy Court
                                      Northern District of Ohio
In re:                                                           Case No. 13-61047-rk
Jerry Pertee, Jr.                                                Chapter 13
Stacy Lynn Pertee
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0647-6          User: dhaid                 Page 1 of 3              Date Rcvd: May 17, 2013
                              Form ID: pdf700ca           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
```
db/db      +Jerry Pertee, Jr.,   Stacy Lynn Pertee,   427 S. David Street,   Smithville, OH 44677-9624
cr         +Capital One, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
             Tucson, AZ 85712-1083
22287720   +Cap One,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
22287721   +Cap1/bstby,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
22287722   +Capital 1 Bank,   Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
22287725    City of Dalton, OH,   1 W. Main Street,   Dalton, OH 44618
22287726    City of Smithville, OH,   207 W. Main Street,   Dalton, OH 44618
22287727  ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Dell Financial Services Attn: Bankrupcty,
             Po Box 81577,   Austin, TX 78708)
22287729   +Gecrb/lowes Dc,   c/o Capital One Bank (USA),   PO Box 30285,   Salt Lake City, UT 84130-0285
22287732   +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
22287734  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
             Norfolk, VA 23541)
22335783    United States Department of Education,   Claims Filing Unit,   P O Box 8973,
             Madison, WI  53708-8973
22287735   +Usdoe/glelsi,   2401 International,   Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22287719   +E-mail/Text: roy.buchholz@allianceoneinc.com May 17 2013 21:23:03     Allianceone Receivable,
             4850 E Street Rd,   Trevose, PA 19053-6600
22287723   +E-mail/Text: bk.notifications@jpmchase.com May 17 2013 20:54:21     Chase Auto,
             Attn:National Bankruptcy Dept,   Po Box 29505,   Phoenix, AZ 85038-9505
22305927    E-mail/PDF: mrdiscen@discoverfinancial.com May 18 2013 05:39:28     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
22287728   +E-mail/PDF: mrdiscen@discoverfinancial.com May 18 2013 05:39:28     Discover Fin Svcs Llc,
             Pob 15316,   Wilmington, DE 19850-5316
22287730   +E-mail/PDF: gecsedi@recoverycorp.com May 18 2013 04:38:19     Gecrb/Lowes dc,   PO Box 965005,
             Orlando, FL 32896-5005
22287731   +E-mail/Text: bnckohlsnotices@becket-lee.com May 17 2013 20:51:07     Kohls/capone,   Po Box 3115,
             Milwaukee, WI 53201-3115
22287733   +E-mail/Text: bankruptcydpt@mcmcg.com May 17 2013 20:56:22     Midland Funding,
             8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                                              TOTAL: 7
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22287724  ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 19, 2013**                    **Signature:**    _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2013 at the address(es) listed below:
          Nathan A. Cemenska    on behalf of Debtor Stacy Lynn Pertee nathancemenska@gmail.com,
           vsprybe@gmail.com;paralegal1.cemenskalaw@gmail.com
          Nathan A. Cemenska    on behalf of Debtor Jerry  Pertee, Jr. nathancemenska@gmail.com,
           vsprybe@gmail.com;paralegal1.cemenskalaw@gmail.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Toby L Rosen     jbryan@chapter13canton.com,   trosen@ecf.epiqsystems.com
          Toby L Rosen   trose07    on behalf of Trustee Toby L Rosen hlatzan@chapter13canton.com
          Toby L Rosen   trose12    on behalf of Trustee Toby L Rosen LWEIR@CHAPTER13CANTON.COM
                                                                                 TOTAL: 6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: ) Judge Russ Kendig
)
Jerry Pertee, Jr. & Stacy Pertee ) Case No. 13-61047
)
)
) ☐ Chapter 13 Form Plan Summary
Debtor(s). ) ☑ First _____ Amended Chapter 13 Plan

**Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

-Debtors hereby offer a 100% dividend to unsecured creditors, with the exception of the student loan debt owed to US Department of Education/Great Lakes Higher Education. This debt will be paid by the debtors outside of their Chapter 13 plan.
-Balance of attorney's fees to be paid out of plan as per hourly fee bill submitted after confirmation.
-Plan to be paid from wage order on Jerry Pertee only.

☐ Continued on attached separate page(s).

2. __100__ % or a pot of $ ____N/A____ to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B2)

| Creditor | Description of asset or contract |
|---|---|
| | |
| | |
| | |

☐ Continued on attached separate page(s).

All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| Citimortgage | 1st | 427 S. David Street | $ 1,450.00 | Paid by debtor |
| | 2nd | | | |
| | 3rd | | | |

☐ Continued on attached separate page(s).

1

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| Citimortgage | $ 0.00 | n/a % |
| n/a | | % |
| | | % |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-mortgage claims to be paid full current balance (E5)

| | | | |
|---|---|---|---|
| Creditor: | | | |
| Collateral: | | | |
| Date Incurred: | | | |
| Monthly Payment: | | | |
| Interest Rate: | % | % | % |
| Estimated Balance: | | | |
| Paid By: | | | |

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped (E7)

| Creditor: | Chase Auto | Lending Club Corp | |
|---|---|---|---|
| Date Incurred: | 4/2010 | 5/2011 | |
| Collateral: | 2010 Chevy Malibu | Swimming pool | |
| Monthly Payment: | $ 210.00 | $ 50.00 | |
| Interest Rate: | 5.0 % | 0 % | % |
| Secured Value: | $ 10,850.00 | $ 3,000.00 | |

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

2

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| City of Dalton, OH | Muni Taxes - 2012 | $ 529.00 |
| City of Smithville, OH | Muni Taxes - 2012 | $ 329.00 |
| n/a | | |

☐ Continued on attached separate page(s).

9. The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name: n/a
Holder's Address (if known): 
Address of Child Support
Enforcement Agency (mandatory): 

☐ Continued on attached separate page(s).

10. Payments to Trustee (D)

The debtor will pay to the trustee $ 900.00 monthly for a minimum of 60 months, or all future disposable income, whichever is greater. Payments shall be by ☒ Wage Order on employer ☐ by Debtor ("Private Pay") in the form of money order or certified check.

11. Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

/s/ Jerry Pertee, Jr.
Debtor's signature - name typed below
Jerry Pertee, Jr.

/s/ Stacy Pertee
Debtor's signature - name typed below
Stacy Pertee

/s/ Nathan Cemenska
Attorney's signature - Name (state bar #), address and phone typed below
Nathan Cemenska (0080359)
2077 E. 4th Street, Suite 5W
Cleveland, OH 44115
216-798-4506

3

## CERTICIATE OF SERVICE

A copy of the foregoing was served on 5/14/2013 upon the following:

US Trustee
(via ECF notice)

Toby Rosen, Chapter 13 Trustee
(via ECF notice)

Service pursuant to Rule 7004:

(see attached service list)

```
Label Matrix for local noticing          Capital One, N.A.                        Ralph Regula U.S. Courthouse
0647-6                                   Bass & Associates, P.C.                  401 McKinley Avenue SW
Case 13-61047-rk                         3936 E. Ft. Lowell Road, Suite #200      Canton, OH 44702-1745
Northern District of Ohio                Tucson, AZ 85712-1083
Canton
Tue May 14 16:03:48 EDT 2013

Allianceone Receivable                   Cap One                                  Cap1/bstby
4850 E Street Rd                         26525 N Riverwoods Blvd                  26525 N Riverwoods Blvd
Trevose, PA 19053-6600                   Mettawa, IL 60045-3438                   Mettawa, IL 60045-3438


Capital 1 Bank                           Chase Auto                               Citimortgage Inc
Attn: Bankruptcy Dept.                   Attn:National Bankruptcy Dept            Po Box 9438
Po Box 30285                             Po Box 29505                             Gaithersburg, MD 20898-9438
Salt Lake City, UT 84130-0285            Phoenix, AZ 85038-9505


City of Dalton, OH                       City of Smithville, OH                   (p)DELL FINANCIAL SERVICES
1 W. Main Street                         207 W. Main Street                       P O BOX 81577
Dalton, OH 44618                         Dalton, OH 44618                         AUSTIN TX 78708-1577


Discover Bank                            Discover Fin Svcs Llc                    Gecrb/Lowes dc
DB Servicing Corporation                 Pob 15316                                PO Box 965005
PO Box 3025                              Wilmington, DE 19850-5316                Orlando, FL 32896-5005
New Albany, OH  43054-3025


Gecrb/lowes Dc                           Kohls/capone                             Lending Club Corp
c/o Capital One Bank (USA)               Po Box 3115                              71 Stevenson St Ste 300
PO Box 30285                             Milwaukee, WI 53201-3115                 San Francisco, CA 94105-2985
Salt Lake City, UT 84130-0285


Midland Funding                          (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Usdoe/glelsi
8875 Aero Dr Ste 200                     PO BOX 41067                             2401 International
San Diego, CA 92123-2255                 NORFOLK VA 23541-1067                    Madison, WI 53704-3121


Jerry Pertee Jr.                         Nathan A. Cemenska                       Stacy Lynn Pertee
427 S. David Street                      Cemenska Law Firm LLC                    427 S. David Street
Smithville, OH 44677-9624                2077 E. 4th Street, Unit 5W              Smithville, OH 44677-9624
                                         Cleveland, OH 44115-1080


Toby L Rosen
Toby L Rosen, Trustee
400 W Tuscarawas St
Charter One Bank Bldg, 4th Floor
Canton, OH 44702-2044
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Dell Financial Services<br>Dell Financial Services Attn: Bankrupcty<br>Po Box 81577<br>Austin, TX 78708 | Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | End of Label Matrix<br>Mailable recipients   24<br>Bypassed recipients    0<br>Total                 24 |